KATHERINE HARTE *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 18032)

O'Connell, C. J., and Spear and Sullivan, Js.

Submitted on briefs June 9—officially released June 29, 1999

Per Curiam. The judgment is affirmed.

JOSEPH SAMELA, JR. *v.* CITY OF NEW HAVEN
(AC 18998)

O'Connell, C. J., and Spear and Sullivan, Js.

Submitted on briefs June 9—officially released June 29, 1999

Per Curiam. The decision of the workers' compensation review board is affirmed.

ROBERT CAFFERY *v.* CITY OF NEW BRITAIN
(AC 18919)

Lavery, Schaller and Hennessy, Js.

Submitted on briefs June 9—officially released June 29, 1999

Per Curiam. The decision of the workers' compensation review board is affirmed.